520

John C. Uhler, Dist. Atty., for appellant.

Richard P. Noll, York, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.

394 A.2d 443

**John G. SMAIL**

v.

**Robert M. CARSON, Executor of the Estate of Robert C. Fenton, alias Dictus Robert Fenton, alias Dictus C. R. Fenton.**

**Appeal of FAIRVIEW CHURCH OF GOD and Kecksburg Church of God.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1978.

Decided Nov. 8, 1978.

James R. Gaut, Greensburg, for appellant.

Kunkle, Walthour & Garland, Christ C. Walthour, Jr., Greensburg, for Robert M. Carson.

Jon M. Lewis, Greensburg, for appellee.

Before O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed.

Each side to pay own costs.

EAGEN, C. J., did not participate in the consideration or decision of this case.

394 A.2d 444

**John G. SMAIL**

v.

**Robert M. CARSON, Executor of the Estate of Robert C. Fenton, alias Dictus Robert Fenton, alias Dictus C. R. Fenton.**

**Appeal of MELLON BANK, N. A., Trustee.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1978.

Decided Nov. 8, 1978.

Stuart J. Horner, Jr., Greensburg, for appellant.

Christ C. Walthour, Jr., Kunkle, Walthour & Garland, Greensburg, for Robert M. Carson.

Before O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.

EAGEN, C. J., did not participate in the consideration or decision of this case.